JANE EBERHARDY, ESQ.
Nevada State Bar No. 004254
JOHN W. KIRK, ESQ.
Nevada State Bar No. 004654
THE MARKS LAW GROUP, LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702)341-7870 / Fax: (702)341-8049

Attorneys for Defendant Boulder Oaks Community Association
And First Columbia Community Management Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PEGGY CARRILLO, | CASE NO.: 2:11-cv-01450-RJC-CWH |
| Plaintiff, | |
| v. | |
| B&J ANDREWS ENTERPRISES, LLC d/b/a BOULDEROAKS RV RESORT, a Nevada limited liability company; FIRST COLUMBIA COMMUNITY MANAGEMENT INC., a Nevada Corporation; BOULDER OAKS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; JJS DEVELOPMENT, LLC d/b/a JAN PRO CLEANING SYSTEMS OF LAS VEGAS, a Nevada limited liability company; JAN PRO FRANCHISING INTERNATIONAL, INC., a Georgia corporation; DOES I-X and ROE CORPORATIONS I-X inclusive, | STIPULATED PROTECTIVE ORDER |
| Defendants. | |

Subject to the approval of this Court, the parties stipulate to the following protective order:

1. In connection with discovery proceedings in this action, the parties may designate any document, thing, material, testimony or other information derived therefrom, as "Confidential" under the terms of this Stipulated Protective Order (hereinafter "Order").

2. For purposes of this litigation, "Confidential information is information which has not been

1

made public and which concerns or relates to the Plaintiff's medical condition, medical care, or future medical care for three (3) years prior to the May 13, 2010 accident and until this matter proceeds to trial; and employment, income, future employment, future income, disability, impairment or loss of work or earning capacity for the five (5) years prior to the May 13, 2010 accident, which is the subject of the present Complaint, until this matter proceeds to trial.

3. Pursuant to Federal Rules of Evidence the parties are allowed to use the subpoena powers of the Federal Court enumerated in Rule 45 to obtain Plaintiff's Confidential information as defined above to include medical records, employment records, tax records, or any other records that are relevant to the lawsuit and could lead to discovery of admissible evidence without her consent. Lopez v. Cardenas Markets, Inc., 2011 WL 47381111 (D. Nev.) and Powell v. Texvans, Inc., 2010 WL 4791507 (D. Nev).

4. 45 C.F.R. § 164.512(e)(1)(i) provides a satisfactory means for obtaining relevant medical records for purposes of litigation without the requirement for a signed authorization by the party. A covered entity may disclose protected health information in the course of any judicial or administrative proceeding in response to an order of the court in any judicial proceeding provided the entity discloses only the protected health information expressly authorized by such order. Powell v. Texvans, Inc., 2010 WL 4791507 (D. Nev.)

5. This Order authorizes Defendants to obtain the "Confidential information" identified above to be used strictly for purposes of the judicial proceeding identified as Peggy Carrillo v. First Columbia Community Management, Inc., et al (2:11-cv-01450 RJC-CWH) and in conformity with 45 C.F.R. § 164.512.

6. Once the judicial proceeding, *supra*, is completed the confidential information shall be destroyed in conformity with 45 C.F.R. § 164.512(e)(1)(v).

7.  Pursuant to this agreement medical providers, health insurance companies or other entities in possession of Plaintiff's medical records and subject to the requirements of HIPPA are required to provide Plaintiff's medical records from May 13, 2007 through the time of trial of this action which contain any references to: (1) slip and fall or trip and fall incidents, (2) Pain, soreness, tenderness or other complaints of ill being regarding Plaintiff's knees, hips, or back whether from injury or disease, (3) dizziness, loss of equilibrium, or incidents of falling whether related to disease, medications, or an obstacle, (4) any neurologic condition related to symptoms described in item 3, and (5) any vision problems.

8.  This limitation on release of medical records set forth in item (7) does not apply to other relevant records such as Plaintiff's employment records, tax returns, pay-roll records, paychecks, paycheck stubs, W-2 forms, 1099 forms and other relevant records. The only limitation on this type of confidential information is the above mentioned time limitation of five (5) years prior to the May 13, 2010 fall until the time of trial.

9.  This Order shall be without prejudice to the right of the parties (1) to bring before the Court at any time the question of whether any particular document or information is confidential or whether its uses should be restricted, or (2) to present a motion to the Court under FRCP 26(c) for a separate protective order as to any particular document or information, including restrictions differing from those as specified herein. This Order shall not be deemed to prejudice the parties in any way in any future application for modification of this Order

10. This order is entered solely for the purpose of facilitating the exchange of documents and information between the parties to this action, and obtaining relevant records from non-parties, without involving the Court unnecessarily in the process. Nothing in this Order nor

the production of any information or document under the terms of this Order nor any proceedings pursuant to this Order shall be deemed to have the effect of an admission or waiver by either party, or of altering the confidentiality or non-confidentiality of any such document or information, or altering any existing obligation of any party or the absence thereof.

SO STIPULATED:

Dated: 3/8/12

_____

Jared Anderson, Esq.
STOVALL & ASSOCIATES
3216 W. Charleston Blvd. Suite B
Las Vegas, Nevada 89102
*Attorney for Plaintiff*

Dated: 3/9/12

_____

Tracey Strickland, Esq.
LAW OFFICES OF TRACEY STRICKLAND
7201 W. Lake Mead Blvd. Suite 106
Las Vegas, Nevada 89128
*Attorney for Defendant JJS Development LLC
dba Jan Bro Cleaning Systems of Las Vegas*

Dated: 3/9/2012

_____

John William Kirk, Esq.
THE MARKS LAW GROUP, LLP
1120 Town Center Drive, #200
Las Vegas, Nevada 89144
*Attorney for Defendants First Columbia Community
Management, Inc. and Boulder Oaks Community
Association*

APPROVED AND SO ORDERED

DATED: March 12, 2012

_____
UNITED STATES MAGISTRATE JUDGE