# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PEGGY CARRILLO,

        Plaintiff,

vs.

B&J ANDREWS ENTERPRISES, LLC, *et al.*,

        Defendants.

Case No.  2:11-cv-01450-RCJ-CWH

**ORDER**

This matter is before the Court on Defendants' Motion for Court Order Requiring Plaintiff to Submit to Fed. R. Civ. P. 35 Independent Medical Examination (#38), filed March 13, 2012. The parties recently filed a Stipulation wherein Plaintiff agreed to attend a Rule 35 examination. (#78).  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Court Order Requiring Plaintiff to Submit to Fed. R. Civ. P. 35 Independent Medical Examination (#38) is **denied as moot**.

DATED this 4th day of May, 2012.

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**