LEW BRANDON, JR., ESQ.
Nevada Bar No.: 5880
JUSTIN W. SMERBER, ESQ.
Nevada Bar No.: 10761
CHRISTOPHER HANLEY, ESQ.
Nevada Bar No.: 11391
DAVE M. BROWN, ESQ.
Nevada Bar No.: 12186
MORAN LAW FIRM, LLC
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendants,
JJS DEVELOPMENT, LLC d/b/a
JAN PRO CLEANING SYSTEMS OF LAS VEGAS
and JAN PRO FRANCHISING INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PEGGY CARRILLO,

    Plaintiff,

v.

B & J ANDREWS ENTERPRISES, LLC d/b/a BOULDER OAKS RV RESORT, a Nevada limited liability company; FIRST COLUMBIA COMMUNITY MANAGEMENT, INC., a Nevada corporation; BOULDER OAKS COMMUNITY ASSOCIATION, Nevada non-profit corporation; JJS DEVELOPMENT, LLC d/b/a JAN PRO CLEANING SYSTEMS OF LAS VEGAS, a Nevada limited liability company; JAN-PRO FRANCHISING INTERNATIONAL, INC., a Georgia corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,

    Defendants.

Case No.: 2:11-cv-01450-MMD-CWH

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES**

And all related matters.

## STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this 1st day of April, 2014.

| STOVALL & ASSOCIATES | MORAN LAW FIRM, LLC |
|---|---|
| /s/ signature | /s/ signature |
| JARED ANDERSON, ESQ. | LEW BRANDON, JR., ESQ. |
| Nevada Bar No. 9747 | Nevada Bar No.: 5880 |
| 2301 Palomino Lane | **JUSTIN W. SMERBER, ESQ.** |
| Las Vegas, Nevada 89107 | Nevada Bar No.: 10761 |
| Attorney for Plaintiff, | **CHRISTOPHER HANLEY, ESQ.** |
| PEGGY CARRILLO | Nevada Bar No.: 11391 |
| | **DAVE M. BROWN, ESQ.** |
| | Nevada Bar No.: 12186 |
| | 630 S. Fourth Street |
| | Las Vegas, Nevada 89101 |
| | Attorneys for Defendants, |
| | JJS DEVELOPMENT, LLC d/b/a |
| | JAN PRO CLEANING SYSTEMS OF |
| | LAS VEGAS and JAN PRO |
| | FRANCHISING INTERNATIONAL, INC. |

///

///



MORAN LAW FIRM llc
MORAN BRANDON BENDAVID MORAN
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

1  **IT IS ORDERED** that the above entitled matter be dismissed with prejudice,
2  leaving no remaining parties, each party bear their respective fees and costs incurred.
3      DATED this _____ day of _____, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

*Respectfully Submitted:*

**MORAN LAW FIRM, LLC**

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No.: 10761
**CHRISTOPHER HANLEY, ESQ.**
Nevada Bar No.: 11391
**DAVE M. BROWN, ESQ.**
Nevada Bar No.: 12186
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendants,
JJS DEVELOPMENT, LLC d/b/a
JAN PRO CLEANING SYSTEMS OF LAS VEGAS
and JAN PRO FRANCHISING INTERNATIONAL, INC.

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568